**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



CONTINUING ORDER OF ABATEMENT

Appellate case name:     Timothy Spivy v. The State of Texas

Appellate case number:   01-13-00254-CR

Trial court case number:  1364113

Trial court:             351st District Court of Harris County

On September 20, 2013, Appellant filed a Motion to Abate, explaining the trial court indicated a need for sixty (60) days to prepare findings of fact and conclusions of law regarding admissibility of statements made by appellant. On September 26, 2013, this Court abated this appeal for the trial court to provide those findings of fact and conclusions of law. We have received no response to that order of abatement.

Counsel for appellant is **ORDERED** to work with the trial court to obtain the requested findings of fact and conclusions of law from the judge who presided over the trial.

The district clerk is **ORDERED** to prepare and file a supplemental record containing the findings of fact and conclusions of law within 20 days of the date of this order.

It is so ORDERED.

Judge's signature:/s/ Justice Rebeca Huddle
                    ☒ Acting individually     ☐ Acting for the Court

Date: January 29, 2014